UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,    :    ORDER

        Plaintiff,    :

    -against-    :    03 Civ. 2937 (WHP)

BEAR, STEARNS & CO. INC.,    :

        Defendant.    :

------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,    :

        Plaintiff,    :

    -against-    :    03 Civ. 2938 (WHP)

JACK BENJAMIN GRUBMAN,    :

        Defendant.    :

------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,    :

        Plaintiff,    :

    -against-    :    03 Civ. 2939 (WHP)

J. P. MORGAN SECURITIES INC.,    :

        Defendant.    :

------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,    :

        Plaintiff,    :

    -against-    :    03 Civ. 2940 (WHP)

LEHMAN BROTHERS INC.,    :

        Defendant.    :

------------------------------------------------------------X

RECEIVED OCT 11 2010 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/10

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,       :

                Plaintiff,                :

       -against-                          :     03 Civ. 2941  (WHP)

MERRILL LYNCH, PIERCE, FENNER &           :
SMITH INCORPORATED
                                          :
                Defendant.
                                          :
------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,       :

                Plaintiff,                :

       -against-                          :     03 Civ. 2942  (WHP)

U.S. BANCORP PIPER JAFFRAY INC.,          :

                Defendant.                :
------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,       :

                Plaintiff,                :

       -against-                          :     03 Civ. 2943  (WHP)

UBS SECURITIES LLC,                       :
f/k/a UBS WARBURG LLC,
                                          :
                Defendant.
                                          :
------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,       :

                Plaintiff,                :

       -against-                          :     03 Civ. 2944  (WHP)

GOLDMAN, SACHS & CO.,                     :

                Defendant.                :
------------------------------------X
```

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,     :

                Plaintiff,     :

             -against-     :     03 Civ. 2945 (WHP)

CITIGROUP GLOBAL MARKETS INC.,     :
f/k/a SALOMON SMITH BARNEY,
                                     :
                Defendant.
                                     :
------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,     :

                Plaintiff,     :

             -against-     :     03 Civ. 2946 (WHP)

CREDIT SUISSE FIRST BOSTON LLC,     :
f/k/a CREDIT SUISSE FIRST BOSTON
CORPORATION,     :

                Defendant.     :
------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,     :

                Plaintiff,     :

             -against-     :     03 Civ. 2947 (WHP)

HENRY McELVEY BLODGET,     :

                Defendant.     :
------------------------------------------------X

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SECURITIES AND EXCHANGE COMMISSION,          :

        Plaintiff,          :

    -against-          :          03 Civ. 2948 (WHP)

MORGAN STANLEY & CO. INCORPORATED,          :

        Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SECURITIES AND EXCHANGE COMMISSION,          :

        Plaintiff,          :

    -against-          :          04 Civ. 06909 (WHP)

DEUTSCHE BANK SECURITIES INC.,          :

        Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SECURITIES AND EXCHANGE COMMISSION,          :

        Plaintiff,          :

    -against-          :          04 Civ. 06910 (WHP)

THOMAS WEISEL PARTNERS LLC,          :

        Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Pursuant to this Court's Order dated September 22, 2006, the fees, costs, and expenses incurred by the Distribution Fund Administrator after July 7, 2006, and approved by the Court in connection with and incidental to the performance of his duties under the Final Judgments and any further applicable Orders of the Court, including the fees, costs, and expenses of any persons engaged to assist him and all administrative fees, costs, and expenses related to the Distribution Fund

4

Plan, shall be paid from interest accrued by the Distribution Funds. On September 20, 2010, the Distribution Fund Administrator submitted to this Court, the SEC, and to the Defendant investment banks an invoice detailing the fees, costs and expenses for the period April 2010 through June 2010. The Distribution Fund Administrator requested that the SEC and the Defendant investment banks submit any objections to the fees, costs and expenses by October 1, 2010. No objections were received.

IT IS HEREBY ORDERED that payment for the fees, costs, and expenses shall be made from the DFP Services and Expense account at TD Bank in the amount of $43,521.40 and distributed by the Distribution Fund Administrator.

The Clerk is directed to file copies of this Order in all of the related actions: (1) SEC v. Bear Stearns and Co. Inc., 03 Civ. 2937 (WHP); (2) SEC v. Jack B. Grubman, 03 Civ. 2938 (WHP); (3) SEC v. J.P. Morgan Securities Inc., 03 Civ. 2939 (WHP); (4) SEC v. Lehman Brothers Inc., 03 Civ. 2940 (WHP); (5) SEC v. Merrill Lynch Pierce Fenner & Smith, Inc., 03 Civ. 2941 (WHP); (6) SEC v. U.S. Bancorp Piper Jaffray, Inc., 03 Civ. 2942 (WHP); (7) SEC v. UBS Securities LLC, 03 Civ. 2943 (WHP); (8) SEC v. Goldman, Sachs and Co., 03 Civ. 2944 (WHP); (9) SEC v. Citigroup Global Markets Inc., 03 Civ. 2945 (WHP); (10) SEC v. Credit Suisse First Boston LLC, 03 Civ. 2946 (WHP); (11) SEC v. Henry M. Blodget, 03 Civ. 2947 (WHP); (12) SEC v. Morgan Stanley & Co. Incorporated, 03 Civ. 2948 (WHP); (13) Deutsche Bank Securities Inc., 04 Civ. 06909 (WHP); and (14) Thomas Weisel Partners LLC, 04 Civ. 06910 (WHP).

Dated: November 24, 2010
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.