UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION, :       Civil Action No.
:
Plaintiff, :                                 03 Civ. 2937 (WHP)
:
– against – :                                **NOTICE OF WITHDRAWAL**
:                                            **OF COUNSEL**
BEAR, STEARNS & CO. INC., :
:
Defendant. :
------------------------------------------------x
------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION, :
:                                            Civil Action No.
Plaintiff, :
:                                            03 Civ. 2938 (WHP)
– against – :
:
JACK BENJAMIN GRUBMAN, :
:
Defendant. :
------------------------------------------------x
------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION, :       Civil Action No.
:
Plaintiff, :                                 03 Civ. 2939 (WHP)
:
– against – :
:
J.P. MORGAN SECURITIES INC., :
:
Defendant. :
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/10

```
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :       Civil Action No.
            Plaintiff,              :
                                    :       03 Civ. 2940 (WHP)
      – against –                   :
                                    :
LEHMAN BROTHERS, INC.,              :
                                    :
            Defendant.              :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :       Civil Action No.
            Plaintiff,              :
                                    :       03 Civ. 2941 (WHP)
      – against –                   :
                                    :
MERRILL LYNCH, PIERCE, FENNER &     :
SMITH INCORPORATED,                 :
                                    :
            Defendant.              :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :       Civil Action No.
            Plaintiff,              :
                                    :       03 Civ. 2942 (WHP)
      – against –                   :
                                    :
U.S. BANCORP PIPER JAFFRAY, INC.,   :
                                    :
            Defendant.              :
------------------------------------x
```

```
------------------------------x
                              :
SECURITIES AND EXCHANGE       :
COMMISSION,                   :
                              :   Civil Action No.
            Plaintiff,        :
                              :   03 Civ. 2943 (WHP)
       – against –            :
                              :
UBS WARBURG LLC,              :
                              :
            Defendant.        :
------------------------------x
------------------------------x
                              :
SECURITIES AND EXCHANGE       :
COMMISSION,                   :
                              :   Civil Action No.
            Plaintiff,        :
                              :   03 Civ. 2944 (WHP)
       – against –            :
                              :
GOLDMAN, SACHS & CO.,         :
                              :
            Defendant.        :
------------------------------x
------------------------------x
                              :
SECURITIES AND EXCHANGE       :
COMMISSION,                   :
                              :   Civil Action No.
            Plaintiff,        :
                              :   03 Civ. 2945 (WHP)
       – against –            :
                              :
CITIGROUP GLOBAL MARKETS,     :
INC., F/K/A SALOMON SMITH     :
BARNEY INC.,                  :
                              :
            Defendant.        :
------------------------------x
```

```
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
            Plaintiff,              :
                                    :   03 Civ. 2946 (WHP)
         – against –                :
                                    :
CREDIT SUISSE FIRST BOSTON LLC,     :
F/K/A CREDIT SUISSE FIRST BOSTON    :
CORPORATION,                        :
                                    :
            Defendant.              :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
            Plaintiff,              :
                                    :   03 Civ. 2947 (WHP)
         – against –                :
                                    :
HENRY McKELVEY BLODGET,             :
                                    :
            Defendant.              :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
            Plaintiff,              :
                                    :   03 Civ. 2948 (WHP)
         – against –                :
                                    :
MORGAN STANLEY & CO. INCORPORATED,  :
                                    :
            Defendant.              :
------------------------------------x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
SECURITIES AND EXCHANGE COMMISSION,           :
                                              :   Civil Action No.
                Plaintiff,                    :
                                              :   04 Civ. 6909 (WHP)
    – against –                               :
                                              :
DEUTSCHE BANK SECURITIES INC.,                :
                                              :
                Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
SECURITIES AND EXCHANGE COMMISSION,           :
                                              :   Civil Action No.
                Plaintiff,                    :
                                              :   04 Civ. 6910 (WHP)
    – against –                               :
                                              :
THOMAS WEISEL PARTNERS LLC,                   :
                                              :
                Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

Notice is hereby provided that Mark A. Adler withdraws his appearance as a counsel for Plaintiff U.S. Securities and Exchange Commission in the above captioned matters because he has accepted a position with a different employer and will no longer be working for the SEC after December 10, 2010. The SEC has been, and will continue to be, represented in this matter by SEC attorneys Antonia Chion, Yuri Zelinsky, and Alexander Koch who are intimately familiar with the facts and the issues that remain pending with the Court. Mr. Adler requests that his withdrawal be so ordered by the Court.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

12/10/10

Date: November 17, 2010                     Respectfully submitted,

<u>s/Mark A. Adler</u>
Mark A. Adler (MA 8703)
Antonia Chion
Yuri Zelinsky
Alexander Koch
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4030
Telephone: (202) 551-4402
(202) 551-4769 (Zelinsky)
(202) 551-4947 (Chion)
(202) 551-4762 (Koch)
Fax: (202) 772-9245
<u>AdlerMA@sec.gov</u>
<u>ChionA@sec.gov</u>
<u>ZelinskyY@sec.gov</u>
<u>KochA@sec.gov</u>
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on November 17, 2010, I caused the foregoing Notice of Withdrawal of Counsel to be served on the following by e-mail transmission pursuant to agreement among the parties:

| | |
|---|---|
| Dennis J. Block, Esquire<br>Cadwalader, Wickersham & Taft<br>One World Financial Center<br>New York, New York 10281<br>dennis.block@cwt.com<br>Attorneys for Bear, Stearns & Co. Inc. | Mark G. Cunha, Esquire<br>Simpson Thacher & Bartlett<br>425 Lexington Ave.<br>New York, New York 10017-3954<br>mcunha@stblaw.com<br>Attorneys for J.P. Morgan Securities Inc. |
| Samuel J. Winer, Esquire<br>Marc Dorfman, Esquire<br>Foley & Lardner<br>3000 K Street, NW, Suite 500<br>Washington, D.C. 20007-5143<br>swiner@foley.com<br>mdorfman@foley.com<br>Attorneys for Henry McKelvey Blodget | Sarah Loomis Cave<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>cave@hugheshubbard.com<br>Attorneys for James W. Giddens, as Trustee for the Liquidation of Lehman Brothers Inc. |
| Juanita A. Crowley, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Juanita.Crowley@wilmerhale.com<br>Attorneys for Citigroup Global Markets Inc. | Dixie L. Johnson, Esquire<br>Fried Frank Harris Shriver & Jacobson<br>1001 Pennsylvania Avenue, N.W., Suite 800<br>Washington, D.C. 20004<br>dixie_johnson@ffhsj.com<br>Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Carey R. Dunne, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>carey.dunne@dpw.com<br>Attorneys for Credit Suisse First Boston LLC | Maria Ginzburg, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>maria.ginzburg@kirkland.com<br>Attorneys for Morgan Stanley & Co. Inc. |

| | |
|---|---|
| Stephanie Wheeler, Esquire<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York 10004-2498<br>wheelers@sullcrom.com<br>Attorneys for Goldman, Sachs & Co. | Mitchell A. Lowenthal, Esquire<br>Cara A. Chambers, Esquire<br>Cleary, Gottlieb, Steen & Hamilton<br>One Liberty Plaza<br>New York, New York 10006<br>mlowenthal@cgsh.com<br>Attorneys for UBS Warburg LLC |
| Arthur S. Greenspan, Esquire<br>Richards Kibbe & Orbe<br>One World Financial Center<br>New York, New York  10281-1003<br>agreenspan@rkollp.com<br>Attorneys for Jack Benjamin Grubman | Dean M. Jeske, Esquire<br>Foley & Lardner<br>321 North Clark Street<br>Suite 2800<br>Chicago, Illinois  60610-4764<br>djeske@foley.com<br>Attorneys for U.S. Bancorp Piper Jaffray, Inc. |
| Carmen J. Lawrence, Esquire<br>David B. Hennes, Esquire<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York  10004<br>carmen_lawrence@ffhsj.com<br>heeneda@ffhsj.com<br>Attorneys for Deutsche Bank Securities Inc. | Robert A. Sacks, Esquire<br>Sullivan & Cromwell<br>1888 Century Park East Los Angeles, CA 90067<br>sacksr@sullcrom.com<br>Attorneys for Thomas Weisel Partners LLC |

Date:   November 17, 2010                          /s/ Mark A. Adler