```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
                Plaintiff,         :    03 Civ. 2937 (WHP)
                                   :
        -against-                  :    ORDER
                                   :
BEAR, STEARNS & CO. INC.,          :
                                   :
                Defendant.         :
                                   :
-----------------------------------X
-----------------------------------X
                                   :
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
                Plaintiff,         :    03 Civ. 2938 (WHP)
                                   :
        -against-                  :
                                   :
JACK BENJAMIN GRUBMAN,             :
                                   :
                Defendant.         :
-----------------------------------X
-----------------------------------X
                                   :
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
                Plaintiff,         :    03 Civ. 2939 (WHP)
                                   :
        -against-                  :
                                   :
J.P. MORGAN SECURITIES INC.,       :
                                   :
                Defendant.         :
-----------------------------------X
-----------------------------------X
                                   :
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/12

|                                              |   |                    |
|----------------------------------------------|---|--------------------|
| Plaintiff,                                   | : | 03 Civ. 2940 (WHP) |
| -against-                                    | : |                    |
| LEHMAN BROTHERS, INC.,                       | : |                    |
| Defendant.                                   | : |                    |

------------------------------X
------------------------------X

| SECURITIES AND EXCHANGE COMMISSION, | : |                    |
|-------------------------------------|---|--------------------|
| Plaintiff,                          | : | 03 Civ. 2941 (WHP) |
| -against-                           | : |                    |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., | : |            |
| Defendant.                          | : |                    |

------------------------------X
------------------------------X

| SECURITIES AND EXCHANGE COMMISSION, | : |                    |
|-------------------------------------|---|--------------------|
| Plaintiff,                          | : | 03 Civ. 2942 (WHP) |
| -against-                           | : |                    |
| U.S. BANCORP PIPER JAFFRAY, INC.,   | : |                    |
| Defendant.                          | : |                    |

------------------------------X
------------------------------X

| SECURITIES AND EXCHANGE COMMISSION, | : |                    |
|-------------------------------------|---|--------------------|
| Plaintiff,                          | : | 03 Civ. 2943 (WHP) |
| -against-                           | : |                    |

```
UBS WARBURG LLC,                        :

                Defendant.              :
------------------------------X
------------------------------X
                                        :
SECURITIES AND EXCHANGE
COMMISSION,                             :

                Plaintiff,              :        03 Civ. 2944 (WHP)

        -against-                       :

GOLDMAN, SACHS & CO.,                   :

                Defendant.              :
------------------------------X
------------------------------X
                                        :
SECURITIES AND EXCHANGE
COMMISSION,                             :

                Plaintiff,              :        03 Civ. 2945 (WHP)

        -against-                       :

CITIGROUP GLOBAL MARKETS, INC.          :
F/K/A SALOMON SMITH BARNEY,
INC.,                                   :

                Defendant.              :
------------------------------X
------------------------------X
                                        :
SECURITIES AND EXCHANGE
COMMISSION,                             :

                Plaintiff,              :        03 Civ. 2946 (WHP)

        -against-                       :

CREDIT SUISSE FIRST BOSTON LLC,         :
F/K/A CREDIT SUISSE FIRST BOSTON
CORPORATION,                            :

                Defendant.              :
```

```
------------------------------X
------------------------------X
                              :
SECURITIES AND EXCHANGE       :
COMMISSION,                   :
                              :
              Plaintiff,      :     03 Civ. 2947 (WHP)
                              :
      -against-               :
                              :
HENRY McKELVEY BLODGET,       :
                              :
              Defendant.      :
------------------------------X
------------------------------X
                              :
SECURITIES AND EXCHANGE       :
COMMISSION,                   :
                              :
              Plaintiff,      :     03 Civ. 2948 (WHP)
                              :
      -against-               :
                              :
MORGAN STANLEY & CO. INC.,    :
                              :
              Defendant.      :
------------------------------X
------------------------------X
                              :
SECURITIES AND EXCHANGE       :
COMMISSION,                   :
                              :
              Plaintiff,      :     04 Civ. 6909 (WHP)
                              :
      -against-               :
                              :
DEUTSCHE BANK SECURITIES, INC.,:
                              :
              Defendant.      :
------------------------------X
------------------------------X
                              :
SECURITIES AND EXCHANGE       :
COMMISSION,                   :
                              :
              Plaintiff,      :     04 Civ. 6910 (WHP)
```

4

```
                -against-                    :

THOMAS WEISEL PARTNERS LLC,                  :

                Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - -X
```

WILLIAM H. PAULEY III, District Judge:

        The Clerk of the Court is directed to designate all of the above captioned cases as ECF cases.

Dated: August 28, 2012
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*All Counsel of Record*

Terri L. Reicher
Financial Industry Regulatory Authority
1735 K Street, NW
Washington, D.C. 20006-1516
*Counsel for FINRA Investor Education Foundation*