UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :    Civil Action No.
                                    :
            Plaintiff,              :    03 Civ. 2937 (WHP)
                                    :
        - against -                 :    **PLAINTIFF SEC'S NOTICE**
                                    :    **OF FILING OF REPORT**
BEAR, STEARNS & CO. INC.,           :    **FROM THE FINRA INVESTOR**
                                    :    **EDUCATION FOUNDATION**
            Defendant.              :    **(SECOND QUARTER 2012)**
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :    Civil Action No.
            Plaintiff,              :
                                    :    03 Civ. 2938 (WHP)
        - against -                 :
                                    :
JACK BENJAMIN GRUBMAN,               :
                                    :
            Defendant.              :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :    Civil Action No.
            Plaintiff,              :
                                    :    03 Civ. 2939 (WHP)
        - against -                 :
                                    :
J.P. MORGAN SECURITIES INC.,        :
                                    :
            Defendant.              :
------------------------------------x

```
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
                 Plaintiff,         :
                                    :   03 Civ. 2940 (WHP)
       - against -                  :
                                    :
LEHMAN BROTHERS, INC.,              :
                                    :
                 Defendant.         :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
                 Plaintiff,         :
                                    :   03 Civ. 2941 (WHP)
       - against -                  :
                                    :
MERRILL LYNCH, PIERCE, FENNER &     :
SMITH INCORPORATED,                 :
                                    :
                 Defendant.         :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
                 Plaintiff,         :
                                    :   03 Civ. 2942 (WHP)
       - against -                  :
                                    :
U.S. BANCORP PIPER JAFFRAY, INC.,   :
                                    :
                 Defendant.         :
------------------------------------x
```

```
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :       Civil Action No.
                        Plaintiff,  :
                                    :       03 Civ. 2943 (WHP)
        - against -                 :
                                    :
UBS WARBURG LLC,                    :
                                    :
                        Defendant.  :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :       Civil Action No.
                        Plaintiff,  :
                                    :       03 Civ. 2944 (WHP)
        - against -                 :
                                    :
GOLDMAN, SACHS & CO.,               :
                                    :
                        Defendant.  :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :       Civil Action No.
                        Plaintiff,  :
                                    :       03 Civ. 2945 (WHP)
        - against -                 :
                                    :
CITIGROUP GLOBAL MARKETS, INC., F/K/A :
SALOMON SMITH BARNEY INC.,          :
                                    :
                        Defendant.  :
------------------------------------x
```

```
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
                Plaintiff,          :
                                    :   03 Civ. 2946 (WHP)
    - against -                     :
                                    :
CREDIT SUISSE FIRST BOSTON LLC,     :
F/K/A CREDIT SUISSE FIRST BOSTON    :
CORPORATION,                        :
                                    :
                Defendant.          :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
                Plaintiff,          :
                                    :   03 Civ. 2947 (WHP)
    - against -                     :
                                    :
HENRY McKELVEY BLODGET,             :
                                    :
                Defendant.          :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
                Plaintiff,          :
                                    :   03 Civ. 2948 (WHP)
    - against -                     :
                                    :
MORGAN STANLEY & CO. INCORPORATED,  :
                                    :
                Defendant.          :
------------------------------------x
```

```
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
                 Plaintiff,         :
                                    :   04 Civ. 6909 (WHP)
       - against -                  :
                                    :
DEUTSCHE BANK SECURITIES INC.,      :
                                    :
                 Defendant.         :
------------------------------------x
------------------------------------x
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :   Civil Action No.
                 Plaintiff,         :
                                    :   04 Civ. 6910 (WHP)
       - against -                  :
                                    :
THOMAS WEISEL PARTNERS LLC,         :
                                    :
                 Defendant.         :
------------------------------------x
```

Paragraph 8 of the Order Regarding Investor Education entered September 2, 2005 required that, among other things, the FINRA Investor Education Foundation (the "Foundation") provide the SEC with quarterly reports, that such reports contain certain information, and that the SEC file such reports with the Court.

Attached is the Foundation's report for the quarter ended June 30, 2012.  The SEC staff reviewed a draft of the report, conferred with representatives of the Foundation about its contents, and believes that the attached report conforms with the Court's Order of September 2, 2005.

Date: September 28, 2012               Respectfully submitted,

*M. Alexander Koch*
M. Alexander Koch
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-5041
Telephone: (202) 551-4762
Fax: (202) 772-9442
kocha@sec.gov
Attorney for Plaintiff

6

## CERTIFICATE OF SERVICE

I hereby certify that, on September 28, 2012, I caused the foregoing Notice of Plaintiff Securities and Exchange Commission to be served on the following by e-mail transmission pursuant to agreement among the parties:

| | |
|---|---|
| Dennis J. Block, Esquire<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, New York 10166<br>blockd@gtlaw.com<br>Attorneys for Bear, Stearns & Co. Inc. | Mark G. Cunha, Esquire<br>Simpson Thacher & Bartlett<br>425 Lexington Ave.<br>New York, New York 10017-3954<br>mcunha@stblaw.com<br>Attorneys for J.P. Morgan Securities Inc. |
| Samuel J. Winer, Esquire<br>Marc Dorfman, Esquire<br>Foley & Lardner<br>3000 K Street, NW, Suite 500<br>Washington, D.C. 20007-5143<br>swiner@foley.com<br>mdorfman@foley.com<br>Attorneys for Henry McKelvey Blodget | Sarah Loomis Cave<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>cave@hugheshubbard.com<br>Attorneys for James W. Giddens, as Trustee for the Liquidation of Lehman Brothers Inc. |
| Juanita A. Crowley, Esquire<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Juanita.Crowley@wilmerhale.com<br>Attorneys for Citigroup Global Markets Inc. | Dixie L. Johnson, Esquire<br>Fried Frank Harris Shriver & Jacobson<br>1001 Pennsylvania Avenue, N.W., Suite 800<br>Washington, D.C. 20004<br>dixie_johnson@ffhsj.com<br>Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Carey R. Dunne, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>carey.dunne@dpw.com<br>Attorneys for Credit Suisse First Boston LLC | Maria Ginzburg, Esquire<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>mariaginzburg@quinnemanuel.com<br>Attorneys for Morgan Stanley & Co. Inc. |
| Stephanie Wheeler, Esquire<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York 10004-2498<br>wheelers@sullcrom.com<br>Attorneys for Goldman, Sachs & Co. | Mitchell A. Lowenthal, Esquire<br>Cara A. Chambers, Esquire<br>Cleary, Gottlieb, Steen & Hamilton<br>One Liberty Plaza<br>New York, New York 10006<br>mlowenthal@cgsh.com<br>Attorneys for UBS Warburg LLC |

7

| | |
|---|---|
| Arthur S. Greenspan, Esquire<br>Richards Kibbe & Orbe<br>One World Financial Center<br>New York, New York 10281-1003<br>agreenspan@rkollp.com<br>Attorneys for Jack Benjamin Grubman | Dean M. Jeske, Esquire<br>Foley & Lardner<br>321 North Clark Street<br>Suite 2800<br>Chicago, Illinois 60610-4764<br>djeske@foley.com<br>Attorneys for U.S. Bancorp Piper Jaffray, Inc. |
| Carmen J. Lawrence, Esquire<br>David B. Hennes, Esquire<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>carmen_lawrence@ffhsj.com<br>heeneda@ffhsj.com<br>Attorneys for Deutsche Bank Securities Inc. | Robert A. Sacks, Esquire<br>Sullivan & Cromwell<br>1888 Century Park East Los Angeles, CA 90067<br>sacksr@sullcrom.com<br>Attorneys for Thomas Weisel Partners LLC |
| Terri L. Reicher, Esquire<br>Associate Vice President<br>Associate General Counsel<br>FINRA<br>1735 K Street, N.W.<br>Washington, DC 20006<br>(202) 728-8967<br>Terri.reicher@finra.org | |

Date:   September 28, 2012

*/s/ M. Alexander Koch*

M. Alexander Koch