

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

October 14, 2025

> Request GRANTED. The present case is stayed until one day after the President signs into law a budget appropriation that restores SEC funding. All deadlines are tolled as set forth below.

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Date:  October 15, 2025
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: *SEC v. Thomas Weisel Partners LLC*, 1:04-cv-06910 (S.D.N.Y.)
Unopposed Request for Extension Due to Government Shutdown

Dear Judge Rochon:

I represent Plaintiff Securities and Exchange Commission in the above-captioned matter and submit this letter-motion pursuant to Local Civil Rule 7.1(e). Due to a lapse in appropriation for the federal government, the SEC is currently closed, and the SEC asks that the court stay this case and toll all deadlines as described below.

On October 2, 2025, in response to the government shutdown, Chief Judge Swain entered Amended Standing Order M10-468, which stayed all cases "in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees." Am. Standing Order M10-468 (Oct. 2, 2025). The order also tolled all deadlines in those cases "during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into a law a budget appropriation that restores Department of Justice funding." *Id.*

Amended Standing Order M10-468 did not stay this case, however, because no attorney from the United States Attorney's Office has made an appearance. Nevertheless, the circumstances justifying the relief granted in Amended Standing Order M10-468 apply with equal force because like DOJ, the SEC is also closed due to a lack of appropriations.

Consistent with Amended Standing Order M10-468, the SEC requests that the Court stay this case until the next business day after the President signs into law a budget appropriation that restores SEC funding. The SEC also requests that the Court toll all deadlines during the duration of the government shutdown and

*October 14, 2025 — Ltr. Z. Avallone to Court*
*Page **2** of **2***

extend thereafter all deadlines for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores SEC funding.

  The SEC has conferred with Defendants' counsel, who has indicated that Defendants do not oppose the relief sought by this letter-motion.

  For these reasons, Plaintiff Securities and Exchange Commission respectfully requests that the Court grant the requested relief.

           Respectfully Submitted,

           <u>/s/ Zachary A. Avallone</u>
           Zachary A. Avallone, Trial Counsel
            (admitted *pro hac vice*)
           Securities and Exchange Commission
           100 F Street, NE
           Washington, DC 20549
           Tel: (202) 551-4479
           Email: avallonez@sec.gov

cc: All parties via ECF