**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. BANCORP PIPER JAFFRAY INC.,<br><br>       Defendant. | Civil Action No. 1:03-cv-02942 |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>THOMAS WEISEL PARTNERS LLC,<br><br>       Defendant. | Civil Action No. 1:04-cv-06910 |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTIONS TO MODIFY FINAL JUDGMENT**

It is hereby **ORDERED** that Defendants' motions to modify final judgment and enter amended final judgment terminating injunctive relief undertakings (No. 03-cv-2942, ECF No. 136; No. 04-cv-6910, ECF No. 125) are **GRANTED**;

The October 31, 2003, final judgment order in No. 03-cv-2942 (ECF No. 10) is amended to strike Section XII, which had required compliance with certain undertakings;

The September 27, 2004, final judgment order in No. 04-cv-6910 (ECF No. 4) is amended to strike Section XII, which had required compliance with certain undertakings; and

The Clerk of the Court is respectfully directed to file copies of this Order and terminate any open motions in the above-captioned cases: (1) *Securities and Exchange Commission v. U.S. Bancorp Piper Jaffray Inc.*, 03-cv-2942; (2) *Securities and Exchange Commission v. Thomas Weisel Partners LLC*, 04-cv-6910.

Dated:  December  8 , 2025
       New York, New York

JENNIFER L. ROCHON
United States District Judge

2